**Clayson, Schneider & Miller, PC**  
645 Griswold, Suite 3900  
Detroit, MI 48226  
313-237-0850  
38-2906928



**Bill To:**

Chapter 7 Trustee  
Attn: Timothy Miller  
64541 Van Dyke  
Suite 101  
Washington Twp, MI 48095

# INVOICE

| | |
|---|---|
| *Invoice #* | **412** |
| *Invoice Date* | Dec 07, 2018 |
| *Matter #* | 20180220 |
| *Terms* | Due Upon Receipt |

**Re: Doucette, Michael**

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | ***Fees** (September 2018-November 2018)* | | | | |
| Sep 10, 2018 | Reviewed memo on new file from trustee (0.1); opened new file (0.2); drafted employment application and proposed UST concurrence (0.5). (B160/A103) | *PFS* | $250.00 | 0.8 | $200.00 |
| Sep 10, 2018 | Calendared important deadlines and drafted conflict sheet. (B160/A103) | *PFS* | $250.00 | 0.2 | $50.00 |
| Sep 11, 2018 | Executed Employment Application/Concurrence. Sent Application and Concurrence to UST for signature. (B160/A103) | *LC* | $100.00 | 0.2 | $20.00 |
| Sep 13, 2018 | Organize and Inventory Debtor's records. Looked for missing paystubs or bank statements. Created list of documents and rent to Peter for review. (B120/A104) | *LC* | $100.00 | 0.5 | $50.00 |
| Sep 13, 2018 | Reviewed schedules, 341 meeting recording, and documents provided (0.7); drafted and sent out document request (0.4). (B110/A104) | *PFS* | $250.00 | 1.1 | $275.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Sep 14, 2018 | Reviewed deed re: inheritance, received from Trustee. (B110/A104) | *PFS* | $250.00 | 0.1 | $25.00 |
| Sep 17, 2018 | Drafted claim of interest re: inheritance property. (B110/A103) | *PFS* | $250.00 | 0.4 | $100.00 |
| Sep 17, 2018 | Letter to register of deeds with claim of interest (0.3); email to client re: same (0.1). (B120/A108) | *PFS* | $250.00 | 0.4 | $100.00 |
| Sep 20, 2018 | Executed UST Concurrence and Proposed Order for Employment. Filed same with Court (NC for filing) (B160/A103) | *LC* | $100.00 | 0.2 | $20.00 |
| Sep 21, 2018 | Reviewed order from Court striking employment app (0.1); email to clerk re: amendment to same (0.1). (B160/A104) | *PFS* | $250.00 | 0.2 | $50.00 |
| Sep 21, 2018 | Filed corrected employment application/proposed order/concurrence with the court (NC) (B190/A111) | *LC* | $100.00 | 0.2 | $20.00 |
| Sep 21, 2018 | Reviewed file due to exemption deadline (0.1); memo to file re: same (0.1). (B110/A104) | *PFS* | $250.00 | 0.2 | $50.00 |
| Sep 21, 2018 | Reviewed order authorizing employment. (B160/A104) | *PFS* | $250.00 | 0.1 | $25.00 |
| Oct 02, 2018 | Downloaded, organized, and reviewed documents provided (0.7); memo to file re: same (0.1), and email to Debtor's attorney re: same requesting contact info for Personal Rep (0.2). (B110/A104) | *PFS* | $250.00 | 1 | $250.00 |
| Oct 11, 2018 | Phone call with Carla @ Alger title co. re: pending sale (0.3); reviewed deed and docs re: inheritance (0.2); memo to file re: same (0.1). (B110/A108) | *PFS* | $250.00 | 0.6 | $150.00 |
| Oct 11, 2018 | Phone call with Sandy Sheltrow re: escrow of proceeds/discharge of claim of interest (0.3); email to client re: same (0.2); phone call with realtor re: closing (0.1). (B120/A108) | *PFS* | $250.00 | 0.6 | $150.00 |
| Oct 11, 2018 | Email with client re: sale of house. (B120/A108) | *PFS* | $250.00 | 0.1 | $25.00 |
| Oct 15, 2018 | Emails with Realtor and client re: closing of probate estate property sale. | *PFS* | $250.00 | 0.3 | $75.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | (B120/A108) | | | | |
| Oct 15, 2018 | Phone call with client re: sale (0.3), and email to realtor re: same (0.1). (B120/A108) | *PFS* | $250.00 | 0.4 | $100.00 |
| Oct 16, 2018 | Reviewed Trustee's notice of assets and memo to calendar re: claims bar date. (B310/A104) | *PFS* | $250.00 | 0.1 | $25.00 |
| Oct 16, 2018 | Drafted discharge of claim of interest (0.3); emails with buyer's attorney and client re: same (0.2). (B120/A103) | *PFS* | $250.00 | 0.5 | $125.00 |
| Oct 19, 2018 | Reviewed letter from title company re: closing (0.1); forwarded to client (0.1). (B120/A104) | *PFS* | $250.00 | 0.2 | $50.00 |
| Oct 22, 2018 | Review of file due to discharge deadline (0.2); memo to file re: same (0.1). (B110/A104) | *PFS* | $250.00 | 0.3 | $75.00 |
| Oct 23, 2018 | Reviewed order discharging debtor. (B110/A104) | *PFS* | $250.00 | 0.1 | $25.00 |
| Oct 25, 2018 | Email from client re: exemption and email to Debtor's attorney re: same. (B120/A108) | *PFS* | $250.00 | 0.3 | $75.00 |
| Nov 12, 2018 | Reviewed file due to Trustee's request for update (0.2); bi-monthly update to client (0.1). (B110/A104) | *PFS* | $250.00 | 0.3 | $75.00 |
| Nov 19, 2018 | Follow up emails with client re: payment of exemption. (B110/A106) | *PFS* | $250.00 | 0.2 | $50.00 |
| Nov 26, 2018 | Emails with Debtor's attorney re: payment of exemption. (B110/A102) | *PFS* | $250.00 | 0.1 | $25.00 |
| Nov 26, 2018 | Reviewed Debtor's amended schedules. (B110/A104) | *PFS* | $250.00 | 0.1 | $25.00 |
| Nov 27, 2018 | Reviewed Trustee's interim report. (B110/A104) | *PFS* | $250.00 | 0.1 | $25.00 |

| | |
|---|---|
| Total Fees | $2,310.00 |
| Total Expenses | $0.00 |
| Subtotal | $2,310.00 |
| Past Due Balance | $0.00 |
| **Total** | **$2,310.00** |

**Please Pay : $2,310.00**

## Timekeeper Summary

| Timekeeper | Hours | Fee Billed |
|---|---|---|
| LC - Law Clerk [Law Clerk] | 1.10 h | $110.00 |
| PFS - Peter Schneider [Partner] | 8.80 h | $2,200.00 |
| **Total** | **9.90 h** | **$2,310.00** |

## Payments (As of 12/07/2018)

| Date | Invoice# | Amount |
|---|---|---|
| **Total** | | **$0.00** |

Total billed including this invoice $2,370.00 (Fees: $2,310.00, Expenses: $60.00)

## Client Portal URL

Download Invoices, View/Make Payments at http://bit.ly/2CNW1Sd

## Client's Account Transactions (2 Months)

| Date | Amount | Description | Balance |
|---|---|---|---|